THE STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. CHARLES HOLLE, PLAINTIFF IN ERROR.

Submitted December 12, 1899—Decided March 5, 1900.

On error to the Supreme Court.   For opinion of the Supreme Court, see 33 *Vroom* 533.

For the plaintiff in error, *Samuel Kalisch.*

For the defendant in error, *Elvin W. Crane.*

PER CURIAM.

The judgment of the Supreme Court is affirmed, for the reasons given by that court.

*For affirmance*—DEPUE, VAN SYCKEL, GARRISON, LIPPINCOTT, GUMMERE, BOGERT, NIXON, HENDRICKSON, ADAMS, VREDENBURGH.   10.

*For reversal*—None.